**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JUBRIL PECOU, individually and as the representative of a class of similarly situated persons, and on behalf of the Bessemer Trust Company 401(k) and Profit Sharing Plan,<br><br>    Plaintiff,<br><br>v.<br><br>BESSEMER TRUST COMPANY and PROFIT SHARING PLAN COMMITTEE OF BESSEMER TRUST COMPANY<br><br>    Defendants. | Case No. 1:22-cv-01019-MKV<br><br><br>**DECLARATION OF BROCK J. SPECHT** |

I, Brock J. Specht, declare and state as follows:

1.      I am a partner at the law firm of Nichols Kaster, PLLP ("Nichols Kaster"), and am one of the attorneys representing Plaintiff Jubril Pecou in the above-captioned action.

2.      Ms. Schiefer first contacted my firm on June 2, 2022 and retained my firm to represent her in this case on June 16, 2022.

3.      On June 22, 2022, our firm notified Defendants' counsel that we had been retained by Ms. Schiefer.

4.      On June 28, 2022, counsel for both parties met and conferred on Plaintiff's request to amend the complaint to add Ms. Schiefer as an additional Plaintiff. Defendants opposed the amendment.

5.      I make this declaration in support of Plaintiff's Motion for Leave to Amend the Complaint, and for the purpose of transmitting to the Court a true and correct copy of the following document:

**EXHIBIT A:** First Amended Complaint.

1

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Dated: July 6, 2022

/s/ *Brock J. Specht*
Brock J. Specht

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2022, a true and corect copy of the foregoing was served via CM/ECF and email to the parties registered to the Court's CM/ECF system.

*/s/ Brock J. Specht*
Brock J. Specht

3