

Brock J. Specht
Direct: (612) 256-3292
Fax: (612) 338-4878
bspecht@nka.com

4700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(877) 448-0492

November 23, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/23/2022

<u>VIA ECF</u>

The Honorable May Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007
VyskocilNYSDChambers@nysd.uscourts.gov

Re:   *Pecou v. Bessemer Trust Company, et al.*, Case No. 1:22-cv-1019-MKV (S.D.N.Y.)

Dear Judge Vyskocil:

We are counsel for Plaintiffs Jubril Pecou and Ashley Schiefer ("Plaintiffs") in the above-referenced action and, together with counsel for Defendants, write to request that the Court stay its ruling on Defendants' Motion to Dismiss (ECF No. 47) while the Parties engage in mediation.

The Parties have agreed to engage in mediation before a private mediator on January 6, 2022. A settlement, if agreed to, would resolve all claims and issues in this action.

A stay is in the interest of judicial economy, as the resolution of this matter would avoid burdening the Court with resolving the pending Motion to Dismiss and any further disputed claims and questions. The Parties respectfully propose that they submit a status report to the Court on January 13, 2022, stating whether the Parties have reached a resolution, need additional time, or intend to proceed with the litigation.

We thank the Court for its consideration of this request.

Respectfully Submitted,

*/s/ Brock J. Specht*
Brock J. Specht

cc: All counsel of record (via ECF)

---

**The parties are ORDERED to file a joint letter regarding the status of this matter on or before January 13, 2023. The Court will hold the pending motion to dismiss in abeyance through that date. SO ORDERED.**

Date: 11/23/2022
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge