```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/15/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUBRIL PECOU, individually and as the representative of a class of similarly situated persons, and on behalf of Bessemer Trust Company 401(k) and Profit Sharing Plan,

                Plaintiff,

-against-

BESSEMER TRUST COMPANY and PROFIT SHARING PLAN COMMITTEE OF BESSEMER TRUST COMPANY,

                Defendants.

1:22-cv-01019-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

In light of the Court's Order dated August 15, 2023 [*see* ECF No. 66], the motion to dismiss [ECF No. 47] is DENIED without prejudice as moot. The motion to seal [ECF No. 50] is GRANTED. Defendants are directed to file the redacted documents.

The Clerk of Court is respectfully requested to terminate ECF Nos. 47 and 50.

**SO ORDERED.**

**Date:  August 15, 2023**
         **New York, NY**

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**

1