USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUBRIL PECOU and ASHLEY SCHIEFER, individually and as representatives of a class of similarly situated persons, and on behalf of the Bessemer Trust Company 401(k) and Profit Sharing Plan,

    Plaintiffs,

v.

BESSEMER TRUST COMPANY and PROFIT SHARING PLAN COMMITTEE OF BESSEMER TRUST COMPANY,

    Defendants.

Case No. 1:22-cv-01019-MKV

**Order Granting Plaintiffs' Motion for Attorneys' Fees and Costs, Administrative Expenses, and Case Contribution Awards**

This matter came before the Court on a Fairness Hearing on February 6, 2024. During the Fairness Hearing, the Court considered, among other things, Plaintiffs' Motion for Attorneys' Fees and Costs, Administrative Expenses, and Case Contribution Awards. Pursuant to Article 11 of the Settlement Agreement, Defendants do not take any position with respect to this motion.

Having considered the motion papers, the proposed Settlement Agreement which the Court preliminarily approved on August 15, 2023, the arguments of counsel, and all files, records, and proceedings in this action, the Court's approval at the Fairness Hearing of the settlement as fair, reasonable, and adequate, and otherwise being fully informed in the premises as to the facts and the law,

    **It is hereby ORDERED as follows:**

    1.    Class Counsel's request for an award of $1,666,666.67 in attorneys' fees and expenses approved. Having reviewed Class Counsel's application and the applicable legal authorities, the Court finds the requested amount (one-third of the $5 million Qualified Settlement Fund) to be reasonable and appropriate.

2. Class Counsel's separate request for litigation expenses in the amount of $27,756.38 and settlement administration expenses in the amount of $32,640.04 is denied as the Notice of Settlement did not specify that such expenses would be sought. Rather the Notice implied that these expenses were included in the request for one-third of the settlement fund sought for litigation fees and expenses.

3. Plaintiffs' request for a class representative service awards in the amount of $7,500 each to Named Plaintiffs Jubril Pecou and Ashley Schiefer ($15,000 total) is approved. The Court finds this award to be justified under the facts of this case and consistent with applicable legal authorities.

**IT IS SO ORDERED.**

Dated: February 6, 2024

_____
Hon. Mary Kay Vyskocil
United States District Judge